# EXHIBIT A

Dockets.Justia.com

**Record 1**

# FINALLYFAST

| | |
|---|---|
| **Mark** | FINALLYFAST   (Block letters) |
| **Status** | Pending - Non-final action |
| **Status Date** | May 28, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-681970 |
| **Int'l Class** | 35 - Advertising and Business |
| **Goods/Services** | ON-LINE RETAIL STORE SERVICES FEATURING COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 100, 101, 102 |
| **1st Use** | Mar 3, 2008 |
| **Commerce Use** | Mar 3, 2008 |
| **Filing Date** | Mar 3, 2009 |
| **Associated Marks** | 3533775 |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE, LLC DE LIMITED LIABILITY COMPANY<br>SUITE 300 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | MAY 28, 2009    NOTIFICATION OF NON-FINAL ACTION E-MAILED<br>MAY 28, 2009    NON-FINAL ACTION E-MAILED<br>MAY 28, 2009    NON-FINAL ACTION WRITTEN<br>MAY 26, 2009    ASSIGNED TO EXAMINER<br>MAR 7, 2009    NOTICE OF PSEUDO MARK MAILED<br>MAR 6, 2009    NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM<br>MAR 6, 2009    NEW APPLICATION ENTERED IN TRAM |

**Record 2**

# Finally Fast

| | |
|---|---|
| **Mark** | FINALLY FAST   (Block letters) |
| **Status** | Pending - Non-final action |
| **Status Date** | May 28, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-681963 |
| **Int'l Class** | 35 - Advertising and Business |
| **Goods/Services** | ON-LINE RETAIL STORE SERVICES FEATURING COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 100, 101, 102 |
| **1st Use** | Mar 3, 2008 |
| **Commerce Use** | Mar 3, 2008 |
| **Filing Date** | Mar 3, 2009 |
| **Associated Marks** | 3533775 |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE, LLC DE LIMITED LIABILITY COMPANY<br>SUITE 300 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | MAY 28, 2009   NOTIFICATION OF NON-FINAL ACTION E-MAILED<br>MAY 28, 2009   NON-FINAL ACTION E-MAILED<br>MAY 28, 2009   NON-FINAL ACTION WRITTEN<br>MAY 26, 2009   ASSIGNED TO EXAMINER<br>MAR 6, 2009   NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM<br>MAR 6, 2009   NEW APPLICATION ENTERED IN TRAM |

Reference/Matter:

4

Record 3

# Watch-By-Web

| | |
|---|---|
| **Mark** | WATCH-BY-WEB   (Block letters) |
| **Status** | Published |
| **Status Date** | Apr 14, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-625848 |
| **Int'l Class** | 42 - Scientific, Technological and Legal Services |
| **Goods/Services** | COMPUTER SERVICES, NAMELY, PROVIDING A WEBSITE AND SERVICE THAT ALLOWS FOR THE REMOTE MONITORING AND TRACKING OF THE ACTIVITIES OF COMPUTER USERS ON COMPUTERS |
| **U.S. Class** | 100, 101 |
| **1st Use** | Dec 18, 2003 |
| **Commerce Use** | Dec 18, 2003 |
| **Filing Date** | Dec 3, 2008 |
| **Published (Last)** | Apr 14, 2009 |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | APR 14, 2009   PUBLISHED FOR OPPOSITION<br>MAR 25, 2009   NOTICE OF PUBLICATION<br>MAR 6, 2009   LAW OFFICE PUBLICATION REVIEW COMPLETED<br>MAR 6, 2009   ASSIGNED TO LIE<br>MAR 5, 2009   APPROVED FOR PUB - PRINCIPAL REGISTER<br>MAR 3, 2009   ASSIGNED TO EXAMINER<br>DEC 8, 2008   NEW APPLICATION ENTERED IN TRAM |

**Record 4**

# Greenlight Guardian

| | |
|---|---|
| **Mark** | GREENLIGHT GUARDIAN   (Block letters) |
| **Status** | Published |
| **Status Date** | Apr 14, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-625710 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR MANAGING AND FILTERING SPAM AND UNWANTED EMAILS AND FOR BLOCKING VIRUSES ATTACHED TO EMAILS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Jun 7, 2005 |
| **Commerce Use** | Jun 7, 2005 |
| **Filing Date** | Dec 3, 2008 |
| **Published (Last)** | Apr 14, 2009 |
| **Correspondent** | JORDAN A. LAVINE |
| | FLASTER/GREENBERG P.C. |
| | 1628 JFK BLVD FL 15 |
| | PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY |
| | SUITE 400 201 SPRING GARDEN STREET |
| | PHILADELPHIA, PA 19123 |
| **Action History** | APR 14, 2009   PUBLISHED FOR OPPOSITION |
| | MAR 25, 2009   NOTICE OF PUBLICATION |
| | MAR 6, 2009   LAW OFFICE PUBLICATION REVIEW COMPLETED |
| | MAR 5, 2009   ASSIGNED TO LIE |
| | MAR 4, 2009   APPROVED FOR PUB - PRINCIPAL REGISTER |
| | MAR 3, 2009   ASSIGNED TO EXAMINER |
| | DEC 8, 2008   NEW APPLICATION ENTERED IN TRAM |

Record 5

# WINRocket

| | |
|---|---|
| **Mark** | WINROCKET   (Block letters) |
| **Status** | Published |
| **Status Date** | Apr 14, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-625523 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE SPEED AND PERFORMANCE OF COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Sep 27, 1999 |
| **Commerce Use** | Sep 27, 1999 |
| **Filing Date** | Dec 3, 2008 |
| **Published (Last)** | Apr 14, 2009 |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD 15TH FL<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | APR 14, 2009   PUBLISHED FOR OPPOSITION<br>MAR 25, 2009   NOTICE OF PUBLICATION<br>MAR 9, 2009   LAW OFFICE PUBLICATION REVIEW COMPLETED<br>MAR 5, 2009   ASSIGNED TO LIE<br>MAR 4, 2009   APPROVED FOR PUB - PRINCIPAL REGISTER<br>MAR 3, 2009   ASSIGNED TO EXAMINER<br>DEC 9, 2008   NOTICE OF PSEUDO MARK MAILED<br>DEC 8, 2008   NEW APPLICATION ENTERED IN TRAM |

Reference/Matter:

7

Record 6

# RAMrocket

| | |
|---|---|
| **Mark** | RAMROCKET  (Block letters) |
| **Status** | Published |
| **Status Date** | Apr 14, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-625345 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR INCREASING AND IMPROVING COMPUTER MEMORY AND ALLOCATING COMPUTER MEMORY MORE EFFICIENTLY |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Jul 19, 2001 |
| **Commerce Use** | Jul 19, 2001 |
| **Filing Date** | Dec 3, 2008 |
| **Published (Last)** | Apr 14, 2009 |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD 15TH FL<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |

| **Action History** | | |
|---|---|---|
| | APR 14, 2009 | PUBLISHED FOR OPPOSITION |
| | MAR 25, 2009 | NOTICE OF PUBLICATION |
| | MAR 9, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| | MAR 5, 2009 | ASSIGNED TO LIE |
| | MAR 4, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| | MAR 3, 2009 | ASSIGNED TO EXAMINER |
| | DEC 9, 2008 | NOTICE OF PSEUDO MARK MAILED |
| | DEC 8, 2008 | NEW APPLICATION ENTERED IN TRAM |

**Record 7**

# BeAware

| | |
|---|---|
| **Mark** | BEAWARE   (Block letters) |
| **Status** | Published |
| **Status Date** | May 26, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-625343 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR MONITORING AND TRACKING OF THE ACTIVITIES OF COMPUTER USERS ON COMPUTERS; DOWNLOADABLE COMPUTER SOFTWARE FOR REMOTE MONITORING AND TRACKING OF THE ACTIVITIES OF COMPUTER USERS ON COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Sep 9, 2000 |
| **Commerce Use** | Sep 9, 2000 |
| **Filing Date** | Dec 3, 2008 |
| **Published (Last)** | May 26, 2009 |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |

**Action History**

| | |
|---|---|
| MAY 26, 2009 | PUBLISHED FOR OPPOSITION |
| MAY 6, 2009 | NOTICE OF PUBLICATION |
| APR 17, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| APR 17, 2009 | ASSIGNED TO LIE |
| APR 17, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| MAR 10, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| MAR 9, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| MAR 9, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| MAR 5, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| MAR 5, 2009 | NON-FINAL ACTION E-MAILED |
| MAR 5, 2009 | NON-FINAL ACTION WRITTEN |
| MAR 3, 2009 | ASSIGNED TO EXAMINER |

Reference/Matter:

9

**Record 8**

# FastAtLast.com

| | |
|---|---|
| **Mark** | FASTATLAST.COM   (Block letters) |
| **Status** | Registered |
| **Status Date** | Feb 24, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-527372 |
| **Registration No.** | 3580255 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | May 8, 2008 |
| **Commerce Use** | May 8, 2008 |
| **Int'l Class** | 42 - Scientific, Technological and Legal Services |
| **Goods/Services** | COMPUTER SERVICES, NAMELY, MONITORING THE PERFORMANCE, SPEED, AND SECURITY OF COMPUTER NETWORK CONNECTIONS BY IMPROVING DATA TRANSPORT EFFICIENCY THROUGH A SERVICE CONNECTION TO A REMOTE TESTING SERVICE |
| **U.S. Class** | 100, 101 |
| **1st Use** | May 8, 2008 |
| **Commerce Use** | May 8, 2008 |
| **Filing Date** | Jul 21, 2008 |
| **Published (Last)** | Dec 9, 2008 |
| **Registered** | Feb 24, 2009 |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET |

Reference/Matter:

11

PHILADELPHIA, PA 19123

**Registrant**          ASCENTIVE LLC DE LIMITED LIABILITY COMPANY
                        SUITE 400 201 SPRING GARDEN STREET
                        PHILADELPHIA, PA 19123

**Action History**      FEB 24, 2009    REGISTERED-PRINCIPAL REGISTER
                        DEC 9, 2008     PUBLISHED FOR OPPOSITION
                        NOV 19, 2008    NOTICE OF PUBLICATION
                        NOV 6, 2008     LAW OFFICE PUBLICATION REVIEW COMPLETED
                        NOV 6, 2008     ASSIGNED TO LIE
                        OCT 30, 2008    APPROVED FOR PUB - PRINCIPAL REGISTER
                        OCT 29, 2008    ASSIGNED TO EXAMINER
                        JUL 25, 2008    NOTICE OF PSEUDO MARK MAILED
                        JUL 24, 2008    NEW APPLICATION ENTERED IN TRAM

Record 9

# PC SpeedScan

| | |
|---|---|
| **Mark** | PC SPEEDSCAN   (Block letters) |
| **Status** | Registered |
| **Status Date** | Feb 24, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-527367 |
| **Registration No.** | 3580254 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | May 27, 2005 |
| **Commerce Use** | May 27, 2005 |
| **Filing Date** | Jul 21, 2008 |
| **Published (Last)** | Dec 9, 2008 |
| **Registered** | Feb 24, 2009 |
| **Disclaimer** | "PC" |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | FEB 24, 2009   REGISTERED-PRINCIPAL REGISTER |

Reference/Matter:

13

DEC 9, 2008    PUBLISHED FOR OPPOSITION
NOV 19, 2008    NOTICE OF PUBLICATION
NOV 6, 2008    LAW OFFICE PUBLICATION REVIEW COMPLETED
NOV 6, 2008    ASSIGNED TO LIE
OCT 30, 2008    APPROVED FOR PUB - PRINCIPAL REGISTER
OCT 30, 2008    EXAMINER'S AMENDMENT ENTERED
OCT 30, 2008    NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED
OCT 30, 2008    EXAMINERS AMENDMENT E-MAILED
OCT 30, 2008    EXAMINERS AMENDMENT -WRITTEN
OCT 29, 2008    ASSIGNED TO EXAMINER
JUL 25, 2008    NOTICE OF PSEUDO MARK MAILED
JUL 24, 2008    NEW APPLICATION ENTERED IN TRAM

Reference/Matter:

14

**Record 10**

# Spyware Striker

| | |
|---|---|
| **Mark** | SPYWARE STRIKER   (Block letters) |
| **Status** | Registered |
| **Status Date** | Feb 24, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-527364 |
| **Registration No.** | 3580253 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Apr 30, 2005 |
| **Commerce Use** | Apr 30, 2005 |
| **Filing Date** | Jul 21, 2008 |
| **Published (Last)** | Dec 9, 2008 |
| **Registered** | Feb 24, 2009 |
| **Disclaimer** | "SPYWARE" |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | FEB 24, 2009   REGISTERED-PRINCIPAL REGISTER |

Reference/Matter:

**Record 11**

# PC Scan & Sweep

| | |
|---|---|
| **Mark** | PC SCAN & SWEEP   (Block letters) |
| **Status** | Registered |
| **Status Date** | Feb 24, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-527360 |
| **Registration No.** | 3580252 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Sep 23, 2005 |
| **Commerce Use** | Sep 23, 2005 |
| **Filing Date** | Jul 21, 2008 |
| **Published (Last)** | Dec 9, 2008 |
| **Registered** | Feb 24, 2009 |
| **Disclaimer** | "PC SCAN" |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | FEB 24, 2009   REGISTERED-PRINCIPAL REGISTER |

Reference/Matter:

17

DEC 9, 2008   PUBLISHED FOR OPPOSITION
NOV 19, 2008   NOTICE OF PUBLICATION
NOV 6, 2008   LAW OFFICE PUBLICATION REVIEW COMPLETED
NOV 6, 2008   ASSIGNED TO LIE
OCT 30, 2008   APPROVED FOR PUB - PRINCIPAL REGISTER
OCT 30, 2008   EXAMINER'S AMENDMENT ENTERED
OCT 30, 2008   NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED
OCT 30, 2008   EXAMINERS AMENDMENT E-MAILED
OCT 30, 2008   EXAMINERS AMENDMENT -WRITTEN
OCT 29, 2008   ASSIGNED TO EXAMINER
JUL 24, 2008   NEW APPLICATION ENTERED IN TRAM

Reference/Matter:

16

**Record 12**

# ActiveSpeed

| | |
|---|---|
| **Mark** | ACTIVESPEED   (Block letters) |
| **Status** | Registered |
| **Status Date** | Feb 24, 2009 |
| **Register** | Principal |
| **Serial/App. No.** | 77-527350 |
| **Registration No.** | 3580251 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | DOWNLOADABLE COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | May 15, 2002 |
| **Commerce Use** | May 15, 2002 |
| **Filing Date** | Jul 21, 2008 |
| **Published (Last)** | Dec 9, 2008 |
| **Registered** | Feb 24, 2009 |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Action History** | FEB 24, 2009   REGISTERED-PRINCIPAL REGISTER<br>DEC 9, 2008   PUBLISHED FOR OPPOSITION<br>NOV 19, 2008   NOTICE OF PUBLICATION |

Reference/Matter:

NOV 5, 2008   LAW OFFICE PUBLICATION REVIEW COMPLETED
NOV 5, 2008   ASSIGNED TO LIE
OCT 29, 2008   APPROVED FOR PUB - PRINCIPAL REGISTER
OCT 29, 2008   ASSIGNED TO EXAMINER
JUL 25, 2008   NOTICE OF PSEUDO MARK MAILED
JUL 24, 2008   NEW APPLICATION ENTERED IN TRAM

Reference/Matter:

**Record 13**

# FinallyFast.com

| | |
|---|---|
| **Mark** | FINALLYFAST.COM   (Block letters) |
| **Status** | Registered |
| **Status Date** | Nov 18, 2008 |
| **Register** | Principal |
| **Serial/App. No.** | 77-442284 |
| **Registration No.** | 3533775 |
| **Int'l Class** | 35 - Advertising and Business |
| **Goods/Services** | ONLINE RETAIL STORES FEATURING COMPUTER SOFTWARE FOR IMPROVING THE PERFORMANCE OF PERSONAL COMPUTERS, INCREASING THE SPEED OF PERSONAL COMPUTERS, INCREASING THE SPEED OF ACCESS TO GLOBAL COMPUTER NETWORKS, IMPROVING THE SECURITY OF PERSONAL COMPUTERS, ASSESSING COMPUTER AND INTERNET PERFORMANCE, SCANNING PERSONAL COMPUTERS FOR SPYWARE AND ADWARE, RUNNING DIAGNOSTICS ON PERSONAL COMPUTERS, AND CLEANING JUNK AND CLUTTER FILES FROM PERSONAL COMPUTERS |
| **U.S. Class** | 100, 101, 102 |
| **1st Use** | Mar 3, 2008 |
| **Commerce Use** | Mar 3, 2008 |
| **Filing Date** | Apr 7, 2008 |
| **Published (Last)** | Sep 2, 2008 |
| **Registered** | Nov 18, 2008 |
| **Associated Marks** | 0988392 (IR) |
| **Correspondent** | JORDAN LAVINE<br>FLASTER/GREENBERG P.C.<br>1628 JFK BLVD FL 15<br>PHILADELPHIA, PA 19103-2130 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY COMPANY<br>SUITE 400 201 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123 |

Reference/Matter:

21

**Action History**

| | |
|---|---|
| MAR 18, 2009 | NOTICE OF SUIT |
| FEB 20, 2009 | SUBSEQUENT DESIGNATION PROCESSED BY IB (IR) |
| JAN 15, 2009 | SUBSEQUENT DESIGNATION RECEIVED (IR) |
| JAN 15, 2009 | SUBSEQUENT DESIGNATION SENT TO IB (IR) |
| JAN 8, 2009 | APPLICATION FOR IR REGISTERED BY IB (IR) |
| DEC 3, 2008 | NEW APPLICATION FOR IR RECEIVED (IR) |
| DEC 3, 2008 | AUTOMATICALLY CERTIFIED (IR) |
| DEC 3, 2008 | IR CERTIFIED AND SENT TO IB (IR) |
| NOV 18, 2008 | REGISTERED-PRINCIPAL REGISTER |
| SEP 2, 2008 | PUBLISHED FOR OPPOSITION |
| AUG 13, 2008 | NOTICE OF PUBLICATION |
| JUL 30, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| JUL 30, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| JUL 25, 2008 | EXAMINER'S AMENDMENT ENTERED |
| JUL 25, 2008 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| JUL 25, 2008 | EXAMINERS AMENDMENT E-MAILED |
| JUL 25, 2008 | EXAMINERS AMENDMENT -WRITTEN |
| JUL 23, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| JUL 23, 2008 | NON-FINAL ACTION E-MAILED |
| JUL 23, 2008 | NON-FINAL ACTION WRITTEN |
| JUL 22, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| JUL 22, 2008 | ASSIGNED TO LIE |
| JUL 21, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| JUL 21, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| JUL 17, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| JUL 17, 2008 | NON-FINAL ACTION E-MAILED |
| JUL 17, 2008 | NON-FINAL ACTION WRITTEN |
| JUL 17, 2008 | ASSIGNED TO EXAMINER |
| APR 11, 2008 | NOTICE OF PSEUDO MARK MAILED |
| APR 10, 2008 | NEW APPLICATION ENTERED IN TRAM |

Reference/Matter:

22

## Record 14

| | |
|---|---|
| **Mark** | ASCENTIVE |
| **Status** | Registered |
| **Status Date** | May 16, 2006 |
| **Register** | Principal |
| **Serial/App. No.** | 76-263238 |
| **Registration No.** | 3091824 |

**Int'l Class** 9 - Electrical and Scientific Apparatus
**Goods/Services** COMPUTER SOFTWARE FOR INCREASING THE SPEED OF PERSONAL COMPUTERS AND FOR INCREASING SPEED OF ACCESS TO A GLOBAL COMPUTER NETWORK, AND WHICH MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK

| | |
|---|---|
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Dec, 1998 |
| **Commerce Use** | Jan, 1999 |

**Int'l Class** 35 - Advertising and Business
**Goods/Services** COMPUTER SERVICES, NAMELY, PROVIDING ONLINE ACCOUNT INFORMATION AND SALES DATA TO INDIVIDUALS AND COMPANIES PARTICIPATING AS MARKETING PARTNERS; COMPUTER SERVICES, NAMELY, ENABLING USERS TO PURCHASE COMPUTER SOFTWARE VIA A GLOBAL COMPUTER NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING DATA PROCESSING ONLINE VIA A GLOBAL COMPUTER NETWORK

| | |
|---|---|
| **U.S. Class** | 100, 101, 102 |
| **1st Use** | Dec, 1998 |
| **Commerce Use** | Jan, 1999 |

**Int'l Class** 42 - Miscellaneous Services
**Goods/Services** COMPUTER SERVICES, NAMELY, PROVIDING CUSTOMER SUPPORT AND TECHNICAL SUPPORT SERVICES TELEPHONICALLY, AND ONLINE VIA A GLOBAL COMPUTER NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING AUTOMATED APPLICATION SUPPORT ONLINE VIA A GLOBAL COMPUTER NETWORK

| | |
|---|---|
| **U.S. Class** | 100, 101 |
| **1st Use** | Dec, 1998 |
| **Commerce Use** | Jan, 1999 |
| **Filing Date** | May 29, 2001 |
| **Published (Last)** | Nov 1, 2005 |
| **Registered** | May 16, 2006 |
| **TTAB Proceeding** | Ex Parte |
| **Filed** | Nov 27, 2005 |
| **Status** | Terminated |
| **Status Date** | Apr 1, 2006 |

**Correspondent** JORDAN A. LAVINE
FLASTER/GREENBERG, P.C.
1628 JOHN F. KENNEDY BLVD., 15TH FLOOR
PHILADELPHIA PA 19103

Reference/Matter:

23

**Applicant**          ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION
                       1241 CARPENTER STREET
                       PHILADELPHIA, PA 19147

**Registrant**         ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION
                       1241 CARPENTER STREET
                       PHILADELPHIA, PA 19147

**Action History**     MAY 16, 2006   REGISTERED-PRINCIPAL REGISTER
                       APR 5, 2006   ATTORNEY REVOKED AND/OR APPOINTED
                       APR 5, 2006   TEAS REVOKE/APPOINT ATTORNEY RECEIVED
                       APR 1, 2006   EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED
                       NOV 27, 2005   EXTENSION OF TIME TO OPPOSE RECEIVED
                       NOV 1, 2005   PUBLISHED FOR OPPOSITION
                       OCT 12, 2005   NOTICE OF PUBLICATION
                       SEP 6, 2005   LAW OFFICE PUBLICATION REVIEW COMPLETED
                       SEP 2, 2005   ASSIGNED TO LIE
                       AUG 29, 2005   APPROVED FOR PUB - PRINCIPAL REGISTER
                       FEB 28, 2005   REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED
                       AUG 26, 2004   REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED
                       SEP 15, 2003   CASE FILE IN TICRS
                       JUL 26, 2002   LETTER OF SUSPENSION MAILED
                       JUL 10, 2002   EXAMINERS AMENDMENT MAILED
                       MAY 28, 2002   CORRESPONDENCE RECEIVED IN LAW OFFICE
                       NOV 21, 2001   NON-FINAL ACTION MAILED
                       NOV 16, 2001   ASSIGNED TO EXAMINER
                       JUL 16, 2001   CORRESPONDENCE RECEIVED IN LAW OFFICE

Reference/Matter:

## Record 15

| | |
|---|---|
| **Mark** | WEBROCKET |
| **Status** | Registered |
| **Status Date** | Mar 23, 2007 |
| **Register** | Principal |
| **Serial/App. No.** | 76-219383 |
| **Registration No.** | 2510313 |
| **Int'l Class** | 9 - Electrical and Scientific Apparatus |
| **Goods/Services** | COMPUTER SOFTWARE FOR INCREASING SPEED OF ACCESS TO A GLOBAL COMPUTER NETWORK AND WHICH MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK |
| **U.S. Class** | 21, 23, 26, 36, 38 |
| **1st Use** | Jan 13, 1999 |
| **Commerce Use** | Jan 13, 1999 |
| **Filing Date** | Mar 5, 2001 |
| **Published (Last)** | Aug 28, 2001 |
| **Registered** | Nov 20, 2001 |
| **Affidavits** | Sec. 8 accepted. Sec. 15 acknowledged. |
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG, P.C.<br>1628 JOHN F. KENNEDY BLVD., 15TH FLOOR<br>PHILADELPHIA, PA 19103 |
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION<br>1241 CARPENTER STREET<br>PHILADELPHIA, PA 19147 |
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION<br>1241 CARPENTER STREET<br>PHILADELPHIA, PA 19147 |

**Action History**

| | |
|---|---|
| MAR 23, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| MAR 22, 2007 | ASSIGNED TO PARALEGAL |
| FEB 7, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| FEB 7, 2007 | TEAS SECTION 8 & 15 RECEIVED |
| FEB 7, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| JAN 9, 2007 | CASE FILE IN TICRS |
| APR 5, 2006 | ATTORNEY REVOKED AND/OR APPOINTED |
| APR 5, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED |
| NOV 20, 2001 | REGISTERED-PRINCIPAL REGISTER |
| AUG 28, 2001 | PUBLISHED FOR OPPOSITION |
| AUG 8, 2001 | NOTICE OF PUBLICATION |
| JUN 30, 2001 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| JUN 26, 2001 | ASSIGNED TO EXAMINER |

Reference/Matter:

25

**Record 16**

| | |
|---|---|
| **Mark** | LIFE AT THE SPEED OF LIGHT |

| | |
|---|---|
| **Status** | Registered |
| **Status Date** | Sep 2, 2003 |
| **Register** | Principal |

| | |
|---|---|
| **Serial/App. No.** | 75-982561 |
| **Registration No.** | 2757848 |

| | |
|---|---|
| **Int'l Class** | 35 - Advertising and Business |
| **Goods/Services** | COMPUTER SERVICES, NAMELY, PROVIDING ONLINE ACCOUNT INFORMATION AND SALES DATA TO INDIVIDUALS AND COMPANIES PARTICIPATING AS MARKETING PARTNERS; COMPUTER SERVICES, NAMELY, ONLINE RETAIL STORES FEATURING SOFTWARE; COMPUTER SERVICES, NAMELY, PROVIDING DATA PROCESSING ONLINE VIA A GLOBAL COMPUTER NETWORK |
| **U.S. Class** | 100, 101, 102 |
| **1st Use** | Jan 13, 1999 |
| **Commerce Use** | Jan 13, 1999 |

| | |
|---|---|
| **Int'l Class** | 42 - Miscellaneous Services |
| **Goods/Services** | COMPUTER SERVICES, NAMELY PROVIDING CUSTOMER SUPPORT AND TECHNICAL SUPPORT SERVICES TELEPHONICALLY, AND ONLINE VIA A GLOBAL COMPUTER NETWORK; COMPUTER SERVICES, NAMELY, PROVIDING AUTOMATED APPLICATION SUPPORT ONLINE VIA A GLOBAL COMPUTER NETWORK |
| **U.S. Class** | 100, 101 |
| **1st Use** | Jan 13, 1999 |
| **Commerce Use** | Jan 13, 1999 |

| | |
|---|---|
| **Filing Date** | Aug 29, 2001 |
| **Published (Last)** | Jun 10, 2003 |
| **Registered** | Sep 2, 2003 |

| | |
|---|---|
| **Other Data** | Divided from SN: 76306746 |

| | |
|---|---|
| **Correspondent** | JORDAN A. LAVINE<br>FLASTER/GREENBERG, P.C.<br>1628 JOHN F. KENNEDY BLVD., 15TH FLOOR<br>PHILADELPHIA PA 19103 |

| | |
|---|---|
| **Applicant** | ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION<br>1241 CARPENTER STREET<br>PHILADELPHIA, PA 19147 |

| | |
|---|---|
| **Registrant** | ASCENTIVE LLC DE LIMITED LIABILITY CORPORATION<br>1241 CARPENTER STREET<br>PHILADELPHIA, PA 19147 |

| | | |
|---|---|---|
| **Action History** | JUL 9, 2007 | CASE FILE IN TICRS |
| | APR 5, 2006 | ATTORNEY REVOKED AND/OR APPOINTED |
| | APR 5, 2006 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED |

SEP 2, 2003   REGISTERED-PRINCIPAL REGISTER
JUN 10, 2003   PUBLISHED FOR OPPOSITION
MAY 21, 2003   NOTICE OF PUBLICATION
APR 11, 2003   APPROVED FOR PUB - PRINCIPAL REGISTER
MAR 11, 2003   CORRESPONDENCE RECEIVED IN LAW OFFICE
MAR 11, 2003   PAPER RECEIVED
SEP 12, 2002   NON-FINAL ACTION MAILED
AUG 16, 2002   CORRESPONDENCE RECEIVED IN LAW OFFICE
AUG 14, 2002   ASSIGNED TO EXAMINER
JUN 15, 2002   DIVISIONAL PROCESSING COMPLETE
MAY 10, 2002   CORRESPONDENCE RECEIVED IN LAW OFFICE
MAY 10, 2002   DIVISIONAL REQUEST RECEIVED
MAY 10, 2002   PAPER RECEIVED
NOV 8, 2001   NON-FINAL ACTION MAILED
OCT 30, 2001   ASSIGNED TO EXAMINER
OCT 18, 2001   CORRESPONDENCE RECEIVED IN LAW OFFICE

Reference/Matter:

27