EXHIBIT B



**Google AdWords: Keyword Tool - Microsoft Internet Explorer**

File  Edit  View  Favorites  Tools  Help

Address: https://adwords.google.com/select/KeywordToolExternal

new Want more keyword ideas? Try the Search-based Keyword Tool, a new tool that will generate ideas matched to your website.

Results are tailored to **English, United States** Edit

| How would you like to generate keyword ideas? | Enter one keyword or phrase per line: |
|---|---|
| ⦿ Descriptive words or phrases (e.g. green tea) | FinallyFast.com |
| ○ Website content (e.g. www.example.com/product?id=74893) | ☑ Use synonyms<br>▸ Filter my results<br>[Get keyword ideas] |

Calculate estimates using a different maximum CPC bid:
US Dollars (USD $)  [    ]  [Recalculate]

Choose columns to display: Show/hide columns

Match Type: Broad

| Keywords | Estimated Ad Position | Estimated Avg. CPC | Advertiser Competition | Local Search Volume | ▼Global Monthly Search Volume | Search Volume Trends | Highest Volume Occurred In | |
|---|---|---|---|---|---|---|---|---|
| **Keywords related to term(s) entered - sort by relevance** | | | | | | | | |
| finallyfast.com | 1 - 3 | $0.05 | | Not enough data | Not enough data | No data | No data | Add |
| | | | | | | | | Add all 1 » |
| | | | | | | Download all keywords: text, .csv (for excel), .csv | | |
| **Additional keywords to consider - sort by relevance** | | | | | | | | |
| finallyfast | 1 - 3 | $0.05 | | Not enough data | 110,000 | No data | No data | Add |
| finally fast | 1 - 3 | $0.05 | | Not enough data | 74,000 | No data | No data | Add |
| finally fast com | 1 - 3 | $0.05 | | Not enough data | 33,100 | No data | No data | Add |
| | | | | | | | | Add all 3 » |
| | | | | | | Download all keywords: text, .csv (for excel), .csv | | |

## Google AdWords: Keyword Tool - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Address www.goo

Google AdWords

It's All About Results™

## Keyword Tool

Use the Keyword Tool to get new keyword ideas. Select an option below to enter a few descriptive words or phrases, or type in your website's URL.
Keyword Tool Tips

**Important note:** We cannot guarantee that these keywords will improve your campaign performance. We reserve the right to disapprove any keywords you add. You are responsible for the keywords you select and for ensuring that your use of the keywords does not violate any applicable laws.

new Want more keyword ideas? Try the Search-based Keyword Tool, a new tool that will generate ideas matched to your website.

Results are tailored to **English, United States** Edit

| How would you like to generate keyword ideas? | Enter one keyword or phrase per line: |
|---|---|
| ⦿ Descriptive words or phrases (e.g. green tea) | fastpc |
| ○ Website content (e.g. www.example.com/product?id=74893) | ☑ Use synonyms  ▸ Filter my results  [Get keyword ideas] |

Choose columns to display:
Show/hide columns

Match Type: Broad

| Keywords | Advertiser Competition | Local Search Volume: May | Global Monthly Search Volume | |
|---|---|---|---|---|
| **Keywords related to term(s) entered - sorted by relevance** | | | | |
| fastpc | ▬ | Not enough data | 1,300 | Add |
| fastpc com | ▬ | Not enough data | 590 | Add |
| www fastpc | ▫ | Not enough data | 110 | Add |
| www fastpc com | ▬ | Not enough data | 110 | Add |
| fastcomputer | ▬ | Not enough data | 2,400 | Add |

start | MetaFrame Presentat... | Google AdWords: Ke... | Flaster Desktop with ...

| Keyword | | | |
|---|---|---|---|
| fast pc com | | Not enough data | 590 |
| fast pc commercial | | Not enough data | Not enough data |
| fast pc computer | | Not enough data | 110 |
| fast pc connections | | Not enough data | Not enough data |
| fast pc download | | Not enough data | 1,900 |
| fast pc game | | 1,300 | 1,900 |
| fast pc games | | Not enough data | 1,000 |
| fast pc networks | | Not enough data | 58 |
| fast pc now | | Not enough data | Not enough data |
| fast pc performance | | 58 | 110 |
| fast pc review | | Not enough data | Not enough data |
| fast pc scan | | Not enough data | 170 |
| fast pc software | | Not enough data | 720 |
| fast pc speed | | 260 | 320 |
| fast pc test | | Not enough data | Not enough data |
| fast pc to | | Not enough data | 2,400 |
| fast pc to pc | | Not enough data | 58 |
| fast pcs | | 1,300 | 590 |
| fast start pc | | Not enough data | 210 |
| fast track pc | | Not enough data | 590 |
| fast your pc | | Not enough data | 880 |
| faster pc | | 33,100 | 27,100 |
| finally fast pc | | Not enough data | 880 |
| finally fast pc com | | Not enough data | Not enough data |
| finally fast pc scan | | Not enough data | Not enough data |
| finaly fast pc | | Not enough data | Not enough data |
| finnaly fast pc | | Not enough data | Not enough data |
| free fast pc | | Not enough data | 1,300 |
| get fast pc | | Not enough data | Not enough data |
| go fast pc | | Not enough data | Not enough data |
| keep pc fast | | Not enough data | 110 |
| keep pc running fast | | Not enough data | 58 |
| make a pc fast | | Not enough data | 91 |
| make pc fast | | 2,400 | 2,900 |
| make pc fast com | | Not enough data | 28 |
| make pc super fast | | Not enough data | 140 |
| makes a pc fast | | Not enough data | 58 |
| makes pc fast | | Not enough data | 91 |
| my fast pc | | Not enough data | 2,400 |
| my fast pc com | | Not enough data | Not enough data |