# EXHIBIT E

Dockets.Justia.com

**Arena, Alexis**

---

**From:** Rebecca Kline [rkline@ASCENTIVE.COM]
**Sent:** Tuesday, June 23, 2009 4:07 PM
**To:** Tim O'Malley
**Subject:** FW: [#316143318] Google AdWords Trademark Complaint

-----Original Message-----
From: Google Advertising Legal Support Team [mailto:ads-trademarks@google.com]
Sent: Wednesday, September 24, 2008 8:23 PM
To: Rebecca Kline
Subject: Re: [#316143318] Google AdWords Trademark Complaint

Hello Rebecca,

Thank you for sending us your trademark complaint letter. Your complaint has been processed, and the ad text in question no longer includes your trademark: ASCENTIVE.

Please note we only processed the exact trademark you submitted. If you would like us to investigate variations or misspellings of your trademark, please supply us with a list of the exact variations or misspellings, and we will review them.

Yours faithfully,

Amanda
Google Advertising Legal Support

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Mon, 4 Aug 2008 13:08:24 -0700

Hello,

This is an auto-generated email. Please do not reply.

Thank you for using our online trademark complaint form. We have received your complaint and have queued it for review. Once our investigation of your complaint is complete, we will send you an email confirmation. Please note that we receive a high volume of trademark complaints and address them in the order they are received. We appreciate your patience.

If your complaint is missing any information, we will contact you via email. Also, please keep your email address updated as we will use this as our primary means of communication with you.

Here is the information we received:

Name: Rebecca Kline
Title: Online Marketing Coordinator
Company Name: Ascentive, LLC
Relationship: employee
Address: 201 Spring Garden St
Suite 400
Philadelphia, PA 19123
Email: rkline@ascentive.com

Phone: 215-320-6000 x191
AdWords ID: [redacted]
Trademark owner same as above? No

TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
TM Owner Name: Adam Schran
Address: 201 Spring Garden St
Suite 401
Philadelphia, PA 19123
Email: aschran@ascentive.com
Phone: 2153206000
AdWords ID:

TRADEMARK DETAILS

Are there more than 10 trademarks? No
If yes, the attached document will be sent for review.

Trademark 1
Trademark: Ascentive
Country: USA
Word/Design: Word
Registered? Yes
Application or Registration Number: 3091824

SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
All advertisers or specific advertisers? all advertisers
If specific advertisers, the URL(s) of concern are listed below.

SCOPE OF COMPLAINT -- SUBSTANCE

Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No

AUTHORIZED ENTITIES
Ascentive - [redacted] - Applies to all current and future accounts belonging to this advertiser

CLARIFICATIONS

LEGAL AFFIRMATIONS
* I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.

* I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.

If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.

Sincerely,

Google Advertising Legal Support Team

**Arena, Alexis**

**From:** Rebecca Kline [rkline@ASCENTIVE.COM]
**Sent:** Tuesday, June 23, 2009 4:05 PM
**To:** Tim O'Malley
**Subject:** FW: [#369607995] Google AdWords Trademark Complaint

-----Original Message-----
From: Adam Schran
Sent: Tuesday, December 16, 2008 9:28 AM
To: Thomas Ringe; Rebecca Kline
Subject: FW: [#369607995] Google AdWords Trademark Complaint

---

From: Google Advertising Legal Support Team [ads-trademarks@google.com]
Sent: Monday, December 15, 2008 9:49 PM
To: Adam Schran
Subject: Re: [#369607995] Google AdWords Trademark Complaint

Hello Adam,

Thank you for sending us your trademark complaint letter. Your complaint has been processed, and the ad text in question no longer includes your trademark: FINALLY FAST COM.

Please note we only processed the exact trademark you submitted. If you would like us to investigate variations or misspellings of your trademark, please supply us with a list of the exact variations or misspellings, and we will review them.

Feel free to contact us in case of any further queries.

Best Regards,

Raji

Original Message Follows:
------------------------
From: "Google Advertising Legal Support Team" <ads-trademarks@google.com>
Subject: Re: [#369607995] Google AdWords Trademark Complaint
Date: Thu, 11 Dec 2008 16:06:42 -0000

Hello Adam,

Thank you for sending us your trademark variations complaint, dated December 8th. Your complaint for 'finally fast com' and 'finally fast.com' is queued to be addressed, and we will send you an email confirmation once our investigation is complete. We receive a high volume of complaints and process them in the order they are received. Thank you for your continued patience.

Please note that we will not be able to investigate 'finallyfast' and 'finally fast' at this time because these marks differ too greatly from your actual trademark. That said, if you have trademark registration for either of these terms, or if you claim ownership to these marks through use, please send us proof of ownership, and we'll be happy to review them as well.

If you have any questions or concerns, please do not hesitate to contact us.

Best regards,
Bill
Google Advertising Legal Support Team

**Arena, Alexis**

**From:** Rebecca Kline [rkline@ASCENTIVE.COM]
**Sent:** Tuesday, June 23, 2009 4:04 PM
**To:** Tim O'Malley
**Subject:** FW: [#388426445] Google AdWords Trademark Complaint

-----Original Message-----
From: Google Advertising Legal Support Team [mailto:ads-trademarks@google.com]
Sent: Tuesday, January 20, 2009 8:18 PM
To: Rebecca Kline
Subject: Re: [#388426445] Google AdWords Trademark Complaint

Hello Rebecca,

Thank you for sending us your trademark complaint letter. Your complaint has been processed, and the ads for RegistryCleanerSearch.com, Fix.com/PcSpeedScan,FreeErrorScan.net or Pronto.com are no longer using your trademark: PC SPEEDSCAN in the ad text.

Please note we only processed the specific URLs you listed in your trademark complaint. We will not be disapproving the use of your trademark beyond the scope of your complaint. In addition, we only processed the exact trademark you submitted. If you would like us to investigate variations or misspellings of your trademark, please supply us with a list of the exact variations or misspellings, and we will review them.

Feel free to contact us in case of any further queries.

Best Regards,

Raji

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Thu, 15 Jan 2009 13:27:05 -0800

>
> Hello,
>
> This is an auto-generated email. Please do not reply.
>
> Thank you for using our online trademark complaint form. We have
> received your complaint and have queued it for review. Once our
> investigation of your complaint is complete, we will send you an
> email confirmation. Please note that we receive a high volume of
> trademark complaints and address them in the order they are received.
> We appreciate your patience.
>
> If your complaint is missing any information, we will contact you
> via email. Also, please keep your email address updated as we will
> use this as our primary means of communication with you.
>
> Here is the information we received:
>
> Name: Rebecca Kline
> Title: Marketing coordinator
> Company Name: Ascentive
> Relationship: employee

> Address: 201 Spring Garden St
> Philadelphia, PA 19123
> Email: rkline@ascentive.com
> Phone: 2153206000 x 191
> AdWords ID: [redacted]
> Trademark owner same as above? No
>
> TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
> TM Owner Name: Adam Schran
> Address: 201 Spring Garden St
> Philadelphia, PA 19123
> Email: aschran@ascentive.com
> Phone: 215 320 6000
> AdWords ID: [redacted]
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: Pc SpeedScan
> Country: USA
> Word/Design: Word
> Registered? Yes
> Application or Registration Number: 77527367
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? specific advertisers
> If specific advertisers, the URL(s) of concern are listed below.
> PC Speed Scan
> www.RegistryCleanerSearch.com
>
> Pc Speed Scan
> www-Fix.com/PcSpeedScan
>
> Pc Speed Scan
> FreeErrorScan.net
>
> Pc SpeedScan
> Pronto.com
>
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No
>
> AUTHORIZED ENTITIES
> Ascentive - [redacted] - Applies to all current and future accounts belonging to this advertiser
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.

**Arena, Alexis**

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Wednesday, January 21, 2009 3:26 PM
**To:** Tim O'Malley
**Subject:** Re: [#390417477] Trademark Transfer Request

Hello Tim,

Thank you for letting us know about your new accounts. We have placed a note in the new account [redacted]) stating that the advertiser is permitted to use the FINALLYFAST.COM trademarks, etc. You may now resubmit any ads for review.

If you have additional questions, please visit our Trademark FAQ in the AdWords Help Center (https://adwords.google.com/support/bin/topic.py?topic=52) to find answers to many frequently asked questions. You may also contact us at ads-trademarks@google.com with further concerns.

Best,

Christina
Google Advertising Legal Support Team

Original Message Follows:
------------------------
From: "Tim O'Malley" <tomalley@ASCENTIVE.COM>
Subject: Trademark Transfer Request
Date: Tue, 20 Jan 2009 14:20:52 -0500

\> Hello,
\>
\> I recently created a new My Client Center (Customer ID# [redacted]) and have begun to re-structure all connected account based on National Targeting. To that end, I need to have the existing Trademark Authorization from account # [redacted] transferred to also allow the new US Targeted account # [redacted] to use our trademark terms in our ad copy. This applies to all trademarks related to the "Finally Fast" and "FinallyFast.com" brand name.
\>
\> Thanks for your assistance,
\>
\> Tim O'Malley
\> Manager of Search Engine Marketing
\> Ascentive Software
\> www.ascentive.com<http://www.ascentive.com/>
\> p (215) 320-6000 x192
\> f (215) 320-6001
\>
\>

**Arena, Alexis**

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Friday, January 30, 2009 5:28 PM
**To:** Tim O'Malley
**Subject:** Re: [#394332109] Google AdWords Trademark Complaint

Hello Tim,

Thanks for submitting your trademark complaint letter. We investigate the use of trademarks in ad text. However, we do not investigate URLs as part of our trademark complaint procedure. This is because the use of a URL does not necessarily constitute trademark use, particularly in the case of post-domain paths or subdomains.

Because Google is not in a position to be the arbiter of third-party disputes, we encourage you to contact the advertiser directly regarding your concerns.

If you have additional questions, please visit our Trademark FAQ in the AdWords Help Center
(https://adwords.google.com/support/bin/topic.py?topic=52) to find answers to many frequently asked questions. You may also contact us at ads-trademarks@google.com with further questions.

Best Regards,

Uzma
Google Advertising Legal Support Team

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Fri, 30 Jan 2009 10:23:17 -0800

>
> Hello,
>
> This is an auto-generated email. Please do not reply.
>
> Thank you for using our online trademark complaint form. We have
> received your complaint and have queued it for review. Once our
> investigation of your complaint is complete, we will send you an
> email confirmation. Please note that we receive a high volume of
> trademark complaints and address them in the order they are received.
> We appreciate your patience.
>
> If your complaint is missing any information, we will contact you
> via email. Also, please keep your email address updated as we will
> use this as our primary means of communication with you.
>
> Here is the information we received:
>
> Name: Tim O'Malley
> Title: Manager of Search Engine Marketing
> Company Name: Ascentive LLC
> Relationship: Employee
> Address: 201 Spring Garden Street
> Suite 400
> Email: tomalley@ascentive.com
> Phone: 215-320-6000
> AdWords ID: [redacted]
> Trademark owner same as above? Yes

>
> TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
> TM Owner Name:
> Address:
> Email:
> Phone:
> AdWords ID:
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: ASCENTIVE
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 3091824
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? specific advertisers
> If specific advertisers, the URL(s) of concern are listed below.
> ascentive.UpdatesPC.com
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.
>
> If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.
>
> Sincerely,
>
> Google Advertising Legal Support Team
>

**Arena, Alexis**

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Thursday, February 19, 2009 5:08 PM
**To:** Tim O'Malley
**Subject:** Re: [#396583198] Google AdWords Trademark Complaint

Hello Tim,

Thanks for sending us your trademark complaint letter. Your complaint has been processed, and the ad text in question no longer includes your trademarks: WINROCKET and ACTIVESPEED.

Additionally, the ads for the following URLs are no longer using the respective trademarks in the ad text:

InstantlyFaster.com - PC SPEEDSCAN
PC-Confidential.com - PC SCAN & SWEEP
Fix.com - BEAWARE, RAMROCKET

Please note that we processed only the specific URLs you listed in your trademark complaint. We will not be disapproving the use of your trademarks beyond the scope of your complaint. In addition, we processed only the exact trademarks you submitted. If you would like us to investigate variations or misspellings of your trademarks, please supply us with a list of the exact variations or misspellings, and we will review them accordingly.

If you have additional questions, please visit our Trademark FAQ in the AdWords Help Center (https://adwords.google.com/support/bin/topic.py?topic=10615) to find answers to many frequently asked questions. You may also contact us at ads-trademarks@google.com with further questions.

Best Regards,
Laura
Google Advertising Legal Support Team

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Thu, 5 Feb 2009 06:22:42 -0800

>
> Hello,
>
> This is an auto-generated email. Please do not reply.
>
> Thank you for using our online trademark complaint form. We have received your complaint and have queued it for review. Once our investigation of your complaint is complete, we will send you an email confirmation. Please note that we receive a high volume of trademark complaints and address them in the order they are received. We appreciate your patience.
>
> If your complaint is missing any information, we will contact you via email. Also, please keep your email address updated as we will use this as our primary means of communication with you.
>
> Here is the information we received:
>
> Name: Tim O'Malley
> Title: Manager of Search Engine Marketing

> Company Name: Ascentive LLC
> Relationship: Employee
> Address: 201 Spring Garden Street
> Suite 400
> Philadelphia, PA 19123
> Email: tomalley@ascentive.com
> Phone:
> AdWords ID: [redacted]
> Trademark owner same as above? Yes
>
> TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
> TM Owner Name:
> Address:
> Email:
> Phone:
> AdWords ID:
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: PC Speedscan
> Country: USA
> Word/Design: Word & Design
> Registered? No, application pending
> Application or Registration Number: 77/527,367
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? specific advertisers
> If specific advertisers, the URL(s) of concern are listed below.
> www.InstantlyFaster.com
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.
>
> If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.
>
> Sincerely,
>
> Google Advertising Legal Support Team
>

**Arena, Alexis**

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Monday, March 02, 2009 5:42 PM
**To:** Tim O'Malley
**Subject:** Re: [#406399397] Google AdWords Trademark Complaint

Hello Tim,

Thank you for your trademark complaint dated 02-MAR-09. As previously noted, we will not be able to investigate 'finally fast' at this time because this mark differs too greatly from your actual trademark. That said, if you have trademark registration for this term, or if you claim ownership to the mark through use, please send us proof of ownership, and we'll be happy to review them as well.

If you have additional questions, please visit our Trademark FAQ in the AdWords Help Center (https://adwords.google.com/support/bin/topic.py?topic=10615) to find answers to many frequently asked questions. You may also contact us at ads-trademarks@google.com with further concerns.

Best regards,
Maryam
Google Adwords Trademark Team

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Mon, 2 Mar 2009 10:32:35 -0800

\>
\> Hello,
\>
\> This is an auto-generated email. Please do not reply.
\>
\> Thank you for using our online trademark complaint form. We have
\> received your complaint and have queued it for review. Once our
\> investigation of your complaint is complete, we will send you an
\> email confirmation. Please note that we receive a high volume of
\> trademark complaints and address them in the order they are received.
\> We appreciate your patience.
\>
\> If your complaint is missing any information, we will contact you
\> via email. Also, please keep your email address updated as we will
\> use this as our primary means of communication with you.
\>
\> Here is the information we received:
\>
\> Name: Tim O'Malley
\> Title: Manager of Search Engine Marketing
\> Company Name: Ascentive LLC
\> Relationship: Employee
\> Address: 201 Spring Garden Street
\> Email: tomalley@ascentive.com
\> Phone: 215-320-6000 ext 192
\> AdWords ID: [redacted]
\> Trademark owner same as above? Yes
\>
\> TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
\> TM Owner Name:
\> Address:
\> Email:

> Phone:
> AdWords ID:
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: FINALLYFAST.COM
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 3,533,775
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? specific advertisers
> If specific advertisers, the URL(s) of concern are listed below.
> Ad 1:
> Finally Fast - Seen on TV
> Fix Annoying PC Errors Quickly!
> Get a Fast Pc in 3 min - Free Trial
> www.FinallyFastAgain.com
>
> Ad 2:
> Does Finally Fast ® Work
> Registry-Clean-Reviews.com Find Out
Which PC Cleaners Work. Finally, You Have a Fast PC Again.
>
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are
> concerned with the use of our trademarks as keywords: No
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.
>
> If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.
>
> Sincerely,
>
> Google Advertising Legal Support Team
>

**Arena, Alexis**

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Friday, March 06, 2009 12:36 AM
**To:** Tim O'Malley
**Subject:** Re: [#407781239] Google AdWords Trademark Complaint

Hello Tim,

Thanks for sending us your trademark complaint letter, dated March 5, 2009. Per your complaint submitted March 2, 2009, we are in the process of changing your complaint from one against specific advertisers to one against all advertisers. This will include the advertiser you submitted today, with the URL PcSpeedscanPro.TopPCFix.com.

If you would like us to only monitor your trademark against specific advertisers rather than all advertisers, please let me know. Otherwise, your general complaint against all advertisers is queued to be addressed, and we'll send you an email confirmation once our investigation is complete. Please note that we receive a high volume of complaints and process them in the order they are received. Thank you for your patience.

Please let me know if you have any additional questions or concerns.

Yours faithfully,

Amanda
Google Advertising Legal Support

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Thu, 5 Mar 2009 07:41:53 -0800

```
>
>   Hello,
>
>   This is an auto-generated email. Please do not reply.
>
>   Thank you for using our online trademark complaint form. We have
>   received your complaint and have queued it for review. Once our
>   investigation of your complaint is complete, we will send you an
>   email confirmation. Please note that we receive a high volume of
>   trademark complaints and address them in the order they are received.
>   We appreciate your patience.
>
>   If your complaint is missing any information, we will contact you
>   via email. Also, please keep your email address updated as we will
>   use this as our primary means of communication with you.
>
>   Here is the information we received:
>
>   Name: Tim O'Malley
>   Title: Manager of Search Engine Marketing
>   Company Name: Ascentive LLC
>   Relationship: Employee
>   Address: 201 Spring Garden Street
> Philadelphia, PA 19123
>   Email: tomalley@ascentive.com
>   Phone: 215-320-6000 ext 192
>   AdWords ID: [redacted]
>   Trademark owner same as above? Yes
>
>   TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
>   TM Owner Name:
```

> Address:
> Email:
> Phone:
> AdWords ID:
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: PC SPEEDSCAN
> Country: USA
> Word/Design: Word
> Registered? Yes
> Application or Registration Number: 3,580,254
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? specific advertisers
> If specific advertisers, the URL(s) of concern are listed below.
> PcSpeedscanPro.TopPCFix.com
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.
>
> If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.
>
> Sincerely,
>
> Google Advertising Legal Support Team
>

## Arena, Alexis

**From:** Google Advertising Legal Support Team [ads-trademarks@google.com]
**Sent:** Tuesday, April 21, 2009 8:00 PM
**To:** Tim O'Malley
**Subject:** Re: [#406422840] Google AdWords Trademark Complaint

Hello Tim,

Thanks for sending us your trademark complaint letter. Your complaint has been processed, and the ad text in question no longer includes your trademarks: PC SPEEDSCAN, WINROCKET, SPYWARE STRIKER, or PC SCAN & SWEEP.

Please note that we processed only the exact trademarks you submitted. If you'd like us to investigate variations or misspellings of your trademark, please supply us with a list of the exact variations or misspellings, and we will review them accordingly.

Feel free to contact us in case of any further queries.

Best Regards,

Raji

Original Message Follows:
------------------------
From: "Services Admin" <ads-trademarks@google.com>
Subject: Google AdWords Trademark Complaint
Date: Mon, 2 Mar 2009 11:52:49 -0800

\>
\> Hello,
\>
\> This is an auto-generated email. Please do not reply.
\>
\> Thank you for using our online trademark complaint form. We have
\> received your complaint and have queued it for review. Once our
\> investigation of your complaint is complete, we will send you an
\> email confirmation. Please note that we receive a high volume of
\> trademark complaints and address them in the order they are received.
\> We appreciate your patience.
\>
\> If your complaint is missing any information, we will contact you
\> via email. Also, please keep your email address updated as we will
\> use this as our primary means of communication with you.
\>
\> Here is the information we received:
\>
\> Name: Tim O'Malley
\> Title: Manager of Search Engine Marketing
\> Company Name: Ascentive LLC
\> Relationship: Employee
\> Address: 201 Spring Garden Street
\> Philadelphia, PA 19123
\> Email: tomalley@ascentive.com
\> Phone: 215-320-6000 ext 192
\> AdWords ID: [redacted]
\> Trademark owner same as above? Yes
\>
\> TRADEMARK OWNER INFORMATION, IF DIFFERENT THAN ABOVE
\> TM Owner Name:
\> Address:
\> Email:

> Phone:
> AdWords ID:
>
> TRADEMARK DETAILS
>
> Are there more than 10 trademarks? No
> If yes, the attached document will be sent for review.
>
> Trademark 1
> Trademark: PC SPEEDSCAN
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 3,580,254
>
> Trademark 2
> Trademark: WINROCKET
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 2,510,313
>
> Trademark 3
> Trademark: SPYWARE STRIKER
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 3,580,253
>
> Trademark 4
> Trademark: PC SCAN & SWEEP
> Country: USA
> Word/Design: Word & Design
> Registered? Yes
> Application or Registration Number: 3,580,252
>
>
> SCOPE OF COMPLAINT -- ADVERTISERS INVOLVED
> All advertisers or specific advertisers? all advertisers
> If specific advertisers, the URL(s) of concern are listed below.
>
>
> SCOPE OF COMPLAINT -- SUBSTANCE
>
> Trademark rights in the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: Yes
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks in ad text: No
> Trademark rights outside the US, UK, Ireland or Canada: we are concerned with the use of our trademarks as keywords: No
>
> CLARIFICATIONS
>
>
> LEGAL AFFIRMATIONS
> * I have a good faith belief that use of the trademarks described above with the advertisements described above are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
>
> * I represent that the information in this notification is true and correct and that I am authorized to act on behalf of the trademark owner.
>
> If you have additional questions at this time, please visit our Help Center at https://adwords.google.com/support to find answers to many frequently asked questions.
>
> Sincerely,