# EXHIBIT F

**Arena, Alexis**

**From:** Adam Schran [aschran@ASCENTIVE.COM]
**Sent:** Monday, March 02, 2009 9:04 AM
**To:** Arena, Alexis
**Subject:** FW: Finallyfast google ad

---

**From:** Tony McMahon
**Sent:** Monday, March 02, 2009 8:48 AM
**To:** Adam Schran
**Cc:** Rebecca Kline
**Subject:** Finallyfast google ad

I came across this ad in google.

Finally **Fast** – Seen on TV
Fix Annoying PC Errors Quickly!
Get a **Fast** Pc in 3 min - Free Trial
www.FinallyFastAgain.com

*www.FinallyFastAgain.com*

**Arena, Alexis**

**Attachments:**   Picture (Device Independent Bitmap)



### Free PC Performance Scan
www.PCPitstop.com   100 million scans & counting... Your PC can be faster!

### Finally Fast – Seen on TV
FinallyFastAgain.com   Fix Annoying PC Errors Quickly! Get a Fast Pc in 3 min - Free Trial

### Finally Fast.com | Get your computer to its peak performance
**Finallyfast.com** is a feature site of Ascentive Software. ... Ascentive Software, the company behind **FinallyFast.com**, has been featured in: ...
www.**finallyfast.com**/ - 18k - Cached - Similar pages

    Downloads          Contact us
    Mac Software       Testimonials
    About Us

    More results from finallyfast.com »

### Finally Fast.com | Get your computer to its peak performance ...
**Finally Fast.com**: Get your computer to its peak performance · By Ascentive · Home · Downloads · Testimonials · Support · About Us ...
www.**finallyfast.com**/downloads.html - 12k - Cached - Similar pages

### FinallyFast.com
Apr 20, 2008 ... **FinallyFast.com** - The website **FinallyFast.com** advertises a free download of a Windows registry cleaner to speed up your computer, ...
a11news.com/33/**finallyfast-com**/ - 55k - Cached - Similar pages

### Video results for **finallyfast.com**


**FinallyFast.com 2 Minute Commerical**
2 min
www.youtube.com


**FinallyFast.com Review**
1 min 17 sec
www.youtube.com

### FinallyFast.com - Does It Work? ~ The Blade by Ron Schenone, MVP
Last evening I was watching the History Channel and a advertisement came on for a web site called **FinallyFast.com**. It claimed to be a all in one, PC fix, ...
www.lockergnome.com/blade/2008/08/19/**finallyfastcom**-does-it-work/ - Similar pages

Our apologies - Geeks!