CONTROL DYNAMICS CORPORATION v. UNITED FOOTBALL LEAGUE, LLC
Case 2:10-cv-00841-EL   Document 1-8   Filed 03/01/10   Page 1 of 4

Doc. 1 Att. 7

# EXHIBIT H

Web   Images   Video   Maps   News   Shopping   Gmail   more ▾

Alexis.K.Arena@gmail.com | Web History | My Account | Sign out

**Google**    "pc speedscan"    [Search]   Advanced Search / Preferences

---

**Web**   Show options...     Results **1 - 10** of about **97,100** for **"pc speedscan"**. (**0.24** seconds)

**PC Speed Scan Pro is an Example of Optimization Programs that Do ...** - 4 visits - Jun 1

Sponsored Links

**Windows Pcs**
Get What You Want in a Laptop
for the Right Price. Pick Your PC.
www.Microsoft.com/Windows

**New - DefragExpress**
Comprehensive & Complete Daily
Defrags in Around 3 Minutes!
www.DiskTrix.com

**"Speed Scan Your PC"**
Scan Your PC Instantly!
Free Download. 100% Guaranteed.
PC-Repair-Tools.com/**PC-SpeedScan**

**Pc Speedscans**
Find Pc Speedscans
at Great Prices.
www.Pronto.com

The installation of **PC SpeedScan** Pro was an uneventful one. ... Unistall **PC SpeedScan**
Pro. Post your comments or questions about Ascentive **PC SpeedScan** Pro ...
www.whatsabyte.com/P1/speedscan.htm - Cached - Similar -

**HOW CAN i GET (PC Speedscan PRO) OUT OF MY COMP.? - Yahoo! Answers**
IT HAS IT'S PARASITE TENTICLES INFECTING MY PC, AN...
answers.yahoo.com/question/index?qid... - Cached - Similar -

**FinallyFast.com TV Ads: PC SpeedScan Pro Contains Adware ...**
Beware of the new TV ads for FinallyFast.com! The parent company, Ascentive, has been
in the computer scam business, for quite a while.
www.angelopc.com/.../finallyfastcom-tv-ads-**pc-speedscan**-pro-contains-
adwareroguesuspect - Cached - Similar -

**Download PC SpeedScan Pro, PC SpeedScan Pro 7.1.4 Download**
May 3, 2009 ... Free **PC SpeedScan** Pro Download, **PC SpeedScan** Pro 7.1.4 Download.
www.brothersoft.com/**pc-speedscan**-pro-236321.html - Cached - Similar -

**Repair and Fix Registry Errors with PC SpeedScan Pro**
Find and fix registry errors. In just one click, **PC SpeedScan** will perform a deep registry
scan to reveal all the errors that are destabilizing your ...
www.ascentive.com/products/home_user.../index.html - Cached - Similar -

**PC SpeedScan Pro can repair registry errors and speed up your PC**
**PC SpeedScan** Pro finds and removes the registry errors that build up behind-the-scenes,
destabilizing your system.

Alexis.K.Arena@gmail.com | Web History | My Account | Sign out

  www.finallyfast.com                    [Search]   Advanced Search
                                                                        Preferences

**Web**  Show options...            Results **1 - 10** of about **48,800** for **www.finallyfast.com**. (**0.08** seconds)

**Www.finallyfast.com Is the stuff on this site <<<< good or is it ...**

Sponsored Links

**PC Scan - As Seen on TV**
Slow, Crashing, or Freezing?
Free PC Performance Scan & Fix.
www.registryeasy.com

**Slow Computer Problems?**
Free As Seen on TV PC Scan. Help
Speed Up Your Slow Computer.
www.HelpingFacts.com

**Finally Fast Com**
Search for **Finally Fast** Com
Find **Finally fast** com
www.Ask.com

**PC Booster - Optimizer**
Improve PC Proformance
Increase PC Speed
www.inklineglobal.com

on **www.finallyfast.com** is the stuff good or is it ...
answers.yahoo.com/question/index?qid... - Cached - Similar -

**FinallyFast.us - Finally Make Your Computer Fast**
This site may harm your computer.
**Finally Fast** .us. If your PC isn't as fast as it ought to be. Home. Finally Make Your
Computer Fast in 2 Minutes. The #1 Choice is Perfect Optimizer ...
www.**finallyfast**.us/ - Similar -

**www.finallyfast.com Is the stuff on this site,safe,good or spyware ...**
on **www.finallyfast.com** is the stuff good or is it just fake stuff that will infect your pc with
tons of bs? or **finallyfast.com** is a scam?
www.seasonsecurity.com/www**finallyfastcom**-is-the-stuff-on-this-site-good-or-is-it-just-
spywarebs-8683 - Cached - Similar -

**FinallyFast.com**
**FinallyFast.com** - The website **FinallyFast.com** advertises a free download of a Windows
registry cleaner to speed up your computer, but doesnt tell you its ...
a11news.com/33/**finallyfast-com**/ - Cached - Similar -

**Finallyfast.com - Free PC Diagnostic Scan**
Apr 20, 2008 ... **FinallyFast.com** offers free scans to your PC. If your computer is slow, you
can scan your computer for performance, spyware, junk files and ...
fantastic-search.blogspot.com/.../**finallyfastcom**-free-pc-diagnostic-scan.html -
Cached - Similar -

**Finally Fast.com | Get your computer to its peak performance ...**

**Finally Fast.com | Get your computer to its peak performance ...**
Apr 6, 2008 ... Website review of **Finally Fast.com** | Get your computer to its peak performance in Internet.
www.stumbleupon.com/url/**finallyfast.com**/ - Cached - Similar -

**Groups Discussing www finally fast com | Yahoo! Groups**
Topics frequently discussed: amazing people, crazy money, crazy money, **finally fast com**, **finally fast** computer, heavy hitters, how do i get gold from a ...
groups.yahoo.com/phrase/www-**finally-fast-com** - Cached - Similar -

**www.finallyfast.com web stats from Statbrain.com**
**www.finallyfast.com** web stats from Statbrain.com Free service that reveals the number of visitors that any website has.
www.statbrain.com/www.**finallyfast.com**/ - Similar -

**FinallyFast.com - www.finallyfast.com - Finaly Fast .com**
Oct 17, 2008 ... finallyfast.com — Slow Computer? Get a FREE PC Performance Scan and Get Your Computer Running at it's Peak Performance with **Finally Fast** PC. ...
digg.com/.../**FinallyFast_com**_www_**finallyfast_com**_Finaly_Fast_com -
Cached - Similar -

**www.finallyfast.com estimated worth and web stat from Cubestat**
cubestat estimated worth valuation for **www.finallyfast.com** including web stat, meta info, rank from Alexa, Quantcast rank, pagerank, Dmoz, icann and similar ...
www.cubestat.com/www.**finallyfast.com** - Cached - Similar -

**1** 2 3 4 5 6 7 8 9 10     **Next**

Personalized based on your web history. More details

⊕Add a result - See all my SearchWiki notes - See all notes for this SearchWiki - Learn more

---

| www.finallyfast.com | Search |

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

http://www.google.com/search?hl=en&q=www.finallyfast.com&aq=f&oq=&aqi=